| Date | Pleading Number | |
|---|---|---|
| 1/9/74 | 1. | MOTION -- The Walworth Company moving for transfer of seven actions from E.D. New York to S.C. Supporting brief and affidavit of service attached. Requested transferee forum: South Carolina |
| 1/21/74 | 2 | JANIE R. LEE plaintiff response to motion w/cert. of service |
| 1/25/74 | 3 | UNITED STATES OF AMERICA response to motion w/cert. of service |
| 1/25/74 | 4 | EASTERN DISTRICT OF NEW YORK plaintiffs response to Motion w/cert. of service |
| 2/5/74 | 5 | JOSEPH A. CRETELLA response to motion w/cert. of service. |
| 2/19/74 | 6 | E.D. New York plaintiffs supplemental response to motion w/cert. of service |
| 2/22/74 | 7 | LOCKHEED SHIPBUILDING AND CONSTRUCTION CO. letter response to motion w/cert. of service |
| 2/26/74 | | HEARING ORDER Setting A-1 through A-9 for hearing in Denver, Colorado March 22, 1974 |
| 3/11/74 | 8 | NEW YORK plaintiffs (counsel Eugene Forrest Gordman, Esq) request to continue hearing |
| 3/12/74 | 9 | WALWORTH co. response to Gordman letter w/cert. of service |
| 3/13/74 | 10 | Plaintiff Cretella response to Gordman letter |
| 3/13/74 | | ORDER - Vacating hearing order setting A-1 through A-9 for hearing March 22, 1974, Denver Colorado. Notified counsel involved judges |
| 3/15/74 | 11 | UNITED STATES response to motion w/cert. of service. |
| 4/1/74 | | HEARING ORDER - setting A-1 through A-9 for hearing in Washington, D.C. April 26, 1974 |
| 5/24/74 | 12 | FINAL MEMORANDUM -- The Walworth Co. |
| 5/28/74 | 13 | FINAL MEMORANDUM -- New York Plaintiffs w/cert. of service |
| 6/7/74 | 14 | WALWORTH CO. letter stating parties have agreed to submit the case without oral argument. |
| 11/6/74 | | OPINION & ORDER - DENYING TRANSFER OF ACTION. |

## Description of Litigation

### IN RE USS TRENTON DISASTER LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s) 4/26/74

Date(s) of Opinion(s) or Order(s) 11/6/74

Consolidation Ordered ____   Name of Transferee Judge ____

Consolidation Denied xxxx   Transferee District ____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Janie R. Lee, Executrix, etc. v. Lockheed Shipbuilding & Construction Co., et al. | S.C. Blatt | 72-517 | | | | Walworth Mot. 1/9/74 |
| A-2 | Joseph A. Cretella, Administrator, etc. v. Lockheed Shipbuilding & Construction Co., et al. | E.D.N.Y. Constantino | 73 C 897 | | | | " " |
| A-3 | Doris A. Rosemeck, Administratrix, etc. v. Lockheed Shipbuilding & Construction Co., et al. | E.D.N.Y. Constantino | 73 C 925 | | | | " " |
| A-4 | Mary Rose, Administratrix, etc. v. Lockheed Shipbuilding & Construction Co., et al. | E.D.N.Y. Constantino | 73 C 926 | | | | " " |
| A-5 | Julius T. Kormos, Administrator, etc., v. Lockheed Shipbuilding & Construction Co., et al. | E.D.N.Y. Constantino | 73 C 927 | | 9 actions 2 dists. | | " " |
| A-6 | Gerald A. Black, v. Lockheed Shipbuilding & Construction Co., et al. | E.D.N.Y. Constantino | 73 C 928 | | | | " " |

DOCKET NO. 164 (CONTINUED)     PAGE 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-7 | Charles F. Krause v. Lockheed Shipbuilding & Construction Co., et al. | E.D.N.Y. Constantino | 73 C 929 | | | | Walworth Mot. 1/9/74 |
| A-8 | Forest L. Edwards v. Lockheed Shipbuilding & Contruction Co., et al. | E.D.N.Y. Constantino | 73 C 930 | | | | "   " |
| A-9 | Janie R. Lee, Executrix, etc. v. Lockheed Shipbuilding & Construction, Inc., et al. | E.D.N.Y. Constantino | 73 C 944 | | | | "   " |

p. 1

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 164 -- IN RE USS TRENTON DISASTER LITIGATION

| Plaintiff | Defendant |
|---|---|
| JANIE R. LEE, EXECUTRIX (A-1 & A-9)<br>David G. Jennings, Esquire<br>Goodstein & Jennings<br>2124 Dorchester Road<br>Post Office Box 7507<br>Charleston Heights, S.C. 29405<br><br>JOSEPH A. CRETELLA, ADMINISTRATOR (A-2)<br>Melvin Block, Esquire<br>16 Court Street<br>Brooklyn, New York 11241<br><br>DORIS A. ROSEMECK, ADMINISTRATRIX (A-3)<br>MARY ROSE, ADMINISTRATRIX (A-4)<br>JULIUS T. KORMOS, ADMINISTRATOR (A-5)<br>GERALD A. BLACK (A-6)<br>CHARLES F. KRAUSE (A-7)<br>FOREST L. EDWARDS (A-8)<br>Eugene Forrest Gordman, Esquire<br>Maritime Tower<br>Norfolk, Virginia 23510 | LOCKHEED SHIPBUILDING & CONSTRUCTION CO.<br>William G. Symmers, Esquire<br>Symmers, Fish & Warner<br>345 Park Avenue<br>New York, New York 10022<br><br>THE WALWORTH COMPANY<br>Thomas E. Byrne, Jr., Esquire<br>21 South 12th Street<br>Philadelphia, Pennsylvania 19107<br><br>UNITED STATES<br>Terence Gargan, Esquire<br>Admiralty & Shipping Section<br>Civil Division<br>Department of Justice<br>26 Federal Plaza, Suite 4048<br>New York, New York 10007 |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 164  --  IN RE USS TRENTON DISASTER LITIGATION

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| LOCKHEED SHIPBUILDING & CONSTRUCTION CO. | |
| WALWORTH VALVE CO. | |
| UNITED STATES OF AMERICA | |
| | |
| | |
| | |
| | |
| | |
| | |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION